UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT PHILLIPS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br><br>EQUITY RESIDENTIAL MANAGEMENT LLC,<br><br>       Defendant. | Civil Action No. 13-CV-12092-RWZ |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

  The parties to the above-captioned action jointly move this Court for a modification to the current scheduling order. The parties have completed discovery and anticipate filing cross-motions for summary judgment. Due to scheduling conflicts, the parties require and are seeking a modification of this Court's Amended Scheduling Order, to allow them additional time to complete their summary judgment filings, including memoranda in support of their respective motions and the required statements of material facts not in dispute, pursuant to Local Rule 56.1. The requested modification to the summary judgment briefing schedule will also cause the parties to require a slight modification of the class certification briefing schedule, but it will not affect the scheduled summary judgment hearing.

  The parties previously agreed to, and this Court ordered, an Amended Scheduling Order. *See* ECF Doc. No. 35. The parties now request a modification to the summary

1

judgment briefing and the class certification briefing provided for in that schedule, as indicated in the chart below:

| **DEADLINE OR EVENT** | **CURRENT DATE** | *NEW PROPOSED DATE* |
|---|---|---|
| Motions for Summary Judgment + Statements of Undisputed Facts | June 5, 2015 | *July 3, 2015* |
| Responses to Motions for Summary Judgment and Responses to Statements of Undisputed Facts | July 17, 2015 | *August 14, 2015* |
| Replies in Support of Motions for Summary Judgment | August 14, 2015 (not to exceed 5 pages) | *September 11, 2015* |
| Plaintiff's Motion for Class Certification (including the filing of any expert reports) | September 18, 2015 | *October 9, 2015* |
| Response to Plaintiff's Motion for Class Certification(including the filing of any expert reports) | October 16, 2015 | *November 6, 2015* |
| Hearing on Motions for Summary Judgment | November 18, 2015 at 2:00 PM | *No Change* |
| Reply in Support of Motion for Class Certification (including the filing of any rebuttal or additional expert reports) | November 13, 2015 | *December 4, 2015* |

As noted above, the proposed modification to the schedule will not affect the summary judgment hearing previously scheduled by the Court for November 18, 2015 at 2:00 P.M. The parties submit as <u>Exhibit A</u> a Proposed Order setting forth the requested scheduling modifications.

WHEREFORE, the parties request that the Court grant their request for modification of the summary judgment and class certification briefing schedule.

Dated:   June 1, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas H. Wintner<br>Thomas H. Wintner (BBO #667329)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone:  617- 348-1625<br>Facsimile:   617-542-2241<br>twintner@edwardswildman.com<br><br>Craig White<br>*Admitted Pro Hac Vice*<br>BAKERHOSTETLER<br>191 North Wacker Drive<br>Suite 3100<br>Chicago, IL 60606-1901<br>cwhite@bakerlaw.com<br><br>*Defendant's Counsel* | /s/ David Pastor<br>David Pastor (BBO #391000)<br>PASTOR LAW OFFICE, LLP<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Telephone:  617-742-9700<br>Facsimile:  617-742-9701<br>dpastor@pastorlawoffice.com<br><br><br>/s/ Preston W. Leonard<br>Preston W. Leonard (BBO #680991)<br>LEONARD LAW OFFICE, PC<br>63 Atlantic Avenue, 3d Floor<br>Boston, MA 02110<br>Telephone:  617-329-1295<br>pleonard@theleonardlawoffice.com<br><br>*Plaintiff's Counsel* |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2015.

/s/ David Pastor
David Pastor

3