UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| SCOTT PHILLIPS, individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 13-CV-12092-RWZ |
| EQUITY RESIDENTIAL MANAGEMENT LLC, | |
| Defendant. | |

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of the parties Joint Motion for Extension of Discovery Deadlines, Modification of Scheduling Order, and Postponement of Status Conference, the Court hereby enters the following Amended Scheduling Order:

| **DEADLINE OR EVENT** | **CURRENT DATE** | *NEW PROPOSED DATE* |
|---|---|---|
| Motions for Summary Judgment + Statements of Undisputed Facts | June 5, 2015 | ***July 3, 2015*** |
| Responses to Motions for Summary Judgment and Responses to Statements of Undisputed Facts | July 17, 2015 | ***August 14, 2015*** |
| Replies in Support of Motions for Summary Judgment | August 14, 2015 (not to exceed 5 pages) | ***September 11, 2015 (not to exceed 5 pages)*** |
| Plaintiff's Motion for Class Certification (including the filing of any expert reports) | September 18, 2015 | ***October 9, 2015*** |

| **DEADLINE OR EVENT** | **CURRENT DATE** | *NEW PROPOSED DATE* |
|---|---|---|
| Response to Plaintiff's Motion for Class Certification(including the filing of any expert reports) | October 16, 2015 | ***November 6, 2015*** |
| Hearing on Motions for Summary Judgment | November 18, 2015 at 2:00 PM | ***No Change*** |
| Reply in Support of Motion for Class Certification (including the filing of any rebuttal or additional expert reports) | November 13, 2015 *(not to exceed 5 pages)* | ***December 4, 2015*** *(not to exceed 5 pages)* |

Done and ORDERED this _____ day of _____ , 2015.

_____
Rya W. Zobel
UNITED STATES DISTRICT JUDGE