UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12092-RWZ

SCOTT PHILLIPS,
individually and on behalf of all others similarly situated

v.

EQUITY RESIDENTIAL MANAGEMENT, L.L.C.

ORDER

NOVEMBER 1, 2017

ZOBEL, S.D.J.

Plaintiff Scott Phillips's renewed motion for entry of an indicative ruling pursuant to Fed. R. Civ. P. 62.1 is denied for the reasons previously articulated in this court's orders dated February 9, 2016 (Docket # 78) and September 28, 2017 (Docket # 93). In addition, the decision of the Supreme Judicial Court, <u>Phillips v. Equity Residential Management, L.L.C.</u>, No. 12247 (Mass. Oct. 25, 2017), now squarely raises the issue before the Court of Appeals, whether this court's ruling that the only named plaintiff has no claims remaining against defendant and thus, no claims to any settlement funds, is correct.

|  |  |
|---|---|
|     November 1, 2017     | _____/s/Rya W. Zobel_____ |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |