UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT PHILLIPS, individually and on behalf of all
others similarly situated,

                    Plaintiff,

    v.

EQUITY RESIDENTIAL MANAGEMENT, L.L.C.,

                    Defendant.

C.A. No.  13-12092-RWZ

## MOTION FOR ATTORNEYS' FEES AND EXPENSES
## AND PLAINTIFF'S INCENTIVE AWARD

Plaintiff and Class Counsel hereby move for an order awarding attorneys' fees to Class

Counsel in the sum of $302,666.67 plus reimbursement of expenses of $12,498.69 and for an

order approving an incentive award of $7,500 to the named plaintiff.

The grounds for this motion are set forth in the accompanying memorandum of law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a

good faith effort to resolve or narrow the issues raised by this Motion with the following result:

Defendant's counsel indicated that Defendant takes no position with respect to the relief sought

by this Motion.

Dated:  April 4, 2018                         Respectfully submitted,


/s/ David Pastor
David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com

Joshua N. Garick (BBO# 674603)
LAW OFFICE OF JOSHUA N. GARICK, P.C
34 Salem Street, Suite 202
Reading, MA 01867
Telephone:  617-600-7520
Facsimile:  617-600-7430
joshua@GarickLaw.com

Preston W. Leonard (BBO #680991)
LEONARD LAW OFFICE, PC
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-329-1295
pleonard@leonardlawoffice.com

*Plaintiff's Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent via U.S. first class mail to those indicated as non-registered participants

on April 4, 2018.

<div style="margin-left: 45%;">

<u>/s/ David Pastor</u>
David Pastor

</div>